UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JASMINE L. MCGREW, CHIANTA C. JENKINS,
and FALLON M. BELL

                                    Plaintiffs,

    **-v.-**

                                  Civil Action No.
                                  6:13-cv-792 (GLS/TWD)

JAMES HOLT, Individually and as police officer
of the City of Utica, New York, MARK RAHN,
Individually and as a police officer of the City of
Utica, New York, PATRICK MURPHY, Individually
and as a police officer of the City of Utica, New York,
JOSHUA HARRINGTON, Individually and as a
police officer of the City of Utica, New York, JOHN
DOE, a fictitious name intended to represent one or
more Police Officers of the City of Utica, New York,
whose identities are unknown at present, and THE
CITY OF UTICA, NEW YORK

                                  Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFFS:**

Office of Stephen L. Lockwood      STEPHEN L. LOCKWOOD, ESQ.
285 Genesee Street                  DANIEL N. CAFRUNY, ESQ.
Utica, New York 13501

**FOR THE DEFENDANTS:**

Office of Corporation Counsel        JOHN P. ORILIO, ESQ.
City of Utica                             MARK C. CURLEY, ESQ.
1 Kennedy Plaza                     MERIMA SMAJIC, ESQ.
Utica, New York 13502              ZACHARY C. OREN, ESQ.

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed December 9, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed December 9, 2014 (Dkt. No. 53) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Defendants' motion for a finding of spoliation and sanctions in the form of an adverse inference (Dkt. No. 46) is DENIED; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: January 16, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court